In THE U.S. District Court Southern District
of Florida

Todd E. Watson
Plaintiff

V.

Original pleading

FILED BY _____ D.C.

JUL 11 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The Broward County Sheriff's office former Sheriff AL
Lamberti, former LT. Gordon of Internal Affairs, former
LT. Wasdowski of Internal Affairs, Current Sheriff Scott
Israel, Detective William Schwartz, Det. Romero, Det. Redl,
SGT. George Anthony, Det. Gorman, Det. Tucciarone, Det. Liccasea,
Det. Lopez, Det. Kogan, SGT. Ioasia, The Broward County State
Attorneys office, State Attorney Michael Satz, Assistant State
Attorney in Charge John Gallagher, A.S.A. Denise Neuner,
A.S.A. Morgan Rood, A.S.A Johnathon Goodman, Broward County
Public Defender Howard Finkelstein, Asst. Public Defender
Chengi Koenig, Asst. Public Defender Tamara Curtis, Asst. Public
Defender Lyle Cong, former Broward County Clerk of The Court
Howard Forman, current B.C. Clerk of The Court Barbara Forman,
Defense Attorney C. Craig Stella, Defense Attorney Gabriella
Novo, Defense Attorney James Lewis, Defense Attorney
Robert Resnick, Defense Attorney (next page)

...strict of Florida Magistrate Judge Dave Lee Brannon, Attorney General Pamela Jo Bondi, Assistant Senior Attorney General Georgina Jiminez-Orosa, The 15th Judicial Circuit Public Defender Carey Haughwout, Asst. Public Defender Paul Petillo, Asst. Public Defender Mara Herbert, Boss Court reporting, court reporters (employees) Michael Hopp, Sandi Giaimo, Vivian Rock, The F.B.I, THE U.S. Department of Justice, Informant William Glenn Steers, Informant Dena Aiello (A.K.A Dena Moore) The Department of Corrections General Counsel/Health Dept. Tobey Schultz Kyle Barbara Brownis,

## 42 U.S.C § 1983

Comes Now Plaintiff TODD Edward Watson by and through as prose litigant filing a 42 U.S.C § 1983 civil action

## Statement of Facts

1. One January 18, 2017 The Plaintiff's resentence was reversed on Direct Appeal. Judges Gross J, Warner and Forst (with The Fourth District Court of Appeals West Palm Beach, FL) ruled Judge Jeffrey Levenson did not have jurisdiction to resentence the Plaintiff. The day prior to his scheduled release. Hence, The Plaintiff was being held without lawful authority (see exhibit A)
   According to the controlling case in the matters The Plaintiff is presenting to this Court Heck v. Humphrey

612 U.S. 477 (1994)

[I]N order To recover damages for allegedly unconstitutional conviction or imprisonment... a § 1983 plaintiff must prove That The conviction or sentence has been reversed on direct appeal, expunged by executive order, declared invalid by a State Tribunal authorized To make Such determinations, or called into Question by a federal courts issuance of a writ of habeas corpus, 78 U.S.C. 2254.

3. Instant 42 U.S.C § 1983 motion Meets The criteria set out in Heck v. Humphrey in every manner.

4. The Plaintiff must now attempt To abbreviate The unprecedented circumstances surrounding instant motion That involves an ongoing federal investigation regarding Public Corruption

IT MUST BE NOTED: All Allegations contained HEREIN OF HEINOUS, Atrocious, cruel acts of pre-meditated Government misconduct are Undisputed and The evidence possessed by Plaintiff makes Them ALL Indisputable.

5. The Decision That The Fourth District Court of Appeal

handed down ruling that The Plaintiff was being
detained without lawful authority, intentionally.
does NOT discuss The ambush of corruption induced
upon The Plaintiff To resentence him The day prior
To his scheduled release with The sole purpose To
continue To conceal The enormous amount of Constitutional
wipings and actual felony crimes committed by State
Actors surrounding The Plaintiff's original sentence
(X conviction)

5. On or about October 28, 2014 (less Than Two weeks from
The Plaintiff's scheduled release) he was Transferred
From Lake ButTer Florida State Prison back To The
Broward County Courthouse in Regards To The Broward
County State Attorney's office "Emergency Motion"
To THE The Unprecedented, unconscionable Constitutional
wipings and actual felony crimes committed by colluding
State Actors includes but most definately is not limited
To

A. Conspiracy To conceal criminal conducts
   of colluding officers of The court
B- Never noticing Plaintiff of hearing

prior To being Transported

C. Presenting False informations before The Colluding

Co-Conspirator Jedge Jeffrey Levenson

D - Fabricating Transcripts

E. Never Allowing Plaintiff The opportunity To present witnesses

8. Subsequent To The ambush of corruption To illegally resentence The Plaintiff The day prior To his scheduled release ( 11/11/2014) The Plaintiff sought justice with The U.S. District Court Southern District of Florida.

9. Case No 15-cv-62553 Ensued where Are Trial proceedings ~~ are current/active

10. These pre-Trial proceedings allowed The States informant William Glenne Steers To become a witness IN said case

11. MR. Steers came forward and gave explosive Truthful informations To The Plaintiff's Then Defense Attorney regarding his original conviction stating
       " That Police had forced him To set up

Todd Watson and That Todd Watson was
unaware when he entered MR. Steers Truck
That MR. Steers was going To hand him
oxycodone pills" ( see exhibit B at 2 )

. These Heinous, Atrocities are memorialized in a Defense

motion filed

2. Since The Presiding Judge Kenneth Gillespie
was and Remains a Co-conspirator of The Government
misconducts he flat out Refused MR. Steers To be allowed
To give Truthful in court Testimony opting instead
To collude in extorting The Plaintiff into accepting
The most illegal, conscious Shocking plea agreement
ever constructed within The U.S criminal Justice

System ( see exhibit

13. Naming The States informant William Glenn Steers
as a witness in case No 15-cv-69553 Subsequent
To Plaintiff's illegal re-sentence allowed The
Plaintiff To contact MR. Steers via a private investigator
during The Plaintiff's false imprisonment

4. On October 20, 2016 A legal call was made between Private investigator Denise Rock, Plaintiff Todd E. Watson and The States informant William Glenn Steers (See exhibit C at E)

5. During This conversation Mr. Steers explained some details to The response Law Enforcement / Broward County State Attorney's office had when They discovered Mr. Steers Truthful confession to Because Attorney James Lewis

A. Mr. Steers stated subsequent to Law Enforcement discovering Mr. Steers attempts to induce Truth and justice upon The Plaintiff's false arrest / false imprisonment, They (L.E) simply showed back up at Mr. Steers apartment "forty deep"

B- Law Enforcement where making up lies as They went along with Their overt criminal conducts. originally demanding That Mr. Steers give false information in a sworn statement That The Plaintiff had someone leave $10,000.00 (Ten Thousand) dollars on his doorstep. Changing That lie to The Plaintiff had an unidentified person offer Mr. Steers $10,000.00

C. Among many other horrifying evils, Mr. Steers explained the recording device (digital recorder TF 10011 2958) that did in fact record the conversation that exonerates the Plaintiff and proves Police misconduct was located in the visor area on the Drivers Side.

16. On 4/17/2017 the Plaintiff filed a Newly discovered evidence Motion presenting the phone conversation with Mr. Steers and a Bevy of other overwhelming (clear and convincing evidence proving evil acts of Government misconduct (see exhibit C)

17. Co-Conspirator Judge Edward Merrigan flat out refuses to order the State to respond to Plaintiff's Motion because he would be ordering the State to respond to their very own ongoing crime spree that Judge Merrigan is a co conspirator of

18. The list of Constitutional rapings surrounding instant U.S.C. 42 § 1983 committed by State actors and civilians under the Instruction and direction of State actors

That deprived The Plaintiff of his Constitutionally guaranteed Rights, while cowering Behind The Color of The law include Aet are not limited To;

A. Fabricating probable cause Affidavit

B. forcing Witness William Glenn Steese To perform perjured Testimony

C. Malicious prosecution

D. Destroying exculpatory audio Tape contained on digital Recorder # 1001189 SB That exonerates Plaintiff

E. Fabricating Probable Cause Affidavit

F. false arrest

G. False imprisonment

H. Malicious Prosecution

I. malfeasance

J. Fabricating official documents involving Plaintiff's case while he was incarcerated

K. Conspiracy

19. As previously Stated. The conspiracy To conceal The ongoing criminal conducts of colluding State

Actors is ongoing. For over five years no matter where the Plaintiff turned to indure Truth and Justice upon horrifying ~~institution~~ Constitutional violations And actual Felony crimes, he has been met with further layers of colluding corruption.

20. The Plaintiff has posted videos on Social Media Web Sites that capture the utter Tyranny and explain some of the actual felony crimes involved. One Such Posting reads " State Attorney Michael Satz Terrorist / Murderer " (See exhibit D )

A. The State of Florida is so completely infested with corrupt / criminal, State Actors that it Now has a State Attorney who is admittedly a murderer and a Terrorist

i. The video gives detail ( undisputed inedisputable facts) as to State Attorney Michael Satz's Role in the fire bombing of Plaintiff's business To cover up the murder of a 19 year old

21. The list of colluding Defendant is presented in instant 42 U.S.C. § 1983 is very lengthy.

The Plaintiff assures This court he has an overwhelming amount of clear and convincing evidence proving each and named person/entity acted far outside The scope of Their employment, obliterating The pathetic immunities They might seek. NOTE Excellent sample contained herein.

22. When colluding/corrupt State Actors are ambushing a knowingly innocent defendant (The Plaintiff Todd Edward Watson) To once again Re-Rape him of his liberties in order To conceal Their criminal conducts iT's considered an "EMERGENCY." The Plaintiff strongly suggests To The assigned Judge(s) These matters of GREAT Public Importance are handled in a very expeditious MANNER.

A- NOTE: Included as Defendants are Chief Justice William Zloch and Magistrate Patrick White whom Preside in This very court

Relief Sought

1. The Plaintiff will be applying The controlling case in These matters Trezevant V. City of Tampa, 741 F.2d

To: Clerk

Motion - 42 U.S.C. § 1983

382 pages

pages 109 - 172 - Front & Back

To: Reviewing Magistrate / Judge

You might want to consider while reviewing instant motion, The indisputable . facts that, if the entire State of Florida was not infested with Judicial officers who are in fact and by definition corrupt, pathological lying, Treasonous Traitor scum, This Document Would not be in front of You

Todd E. Hotson

Carol Gould [Est.] Son

336 (Jur Laws 1980) That Sets The foundation for $

false imprisonment at 1,600,000 (one million six hundred

thousand) a day — false arrest / imprisonment

2. Due to the number of co-conspirator state actors the

estimated amount of money the Plaintiff is seeking

will be in the billions

3. Some of the other grounds ~~are~~ are malicious

prosecution, malfeasance, destruction of exculpatory

evidence and conspiracy

4. The Plaintiff will obviously be seeking punitive

damages due to the egregious intentional disregard

for constitutional and human rights

## OATH

Under the penalties of perjury I declare

information herein true and accurate

ISM  _Todd E. Watson_

Todd E. Watson

24 24 Okeechobee Lane

Ft. Lauderdale, Florida

54-518-4850          33312

7-11-2017

DATE